

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-12-00688-CR

Trial Court Cause
Number: 1348372

Style: Raul Rodriguez

**v** The State of Texas

Date motion filed[*]: April 5, 2013

Type of motion: Second Motion for Extension of Time to File Appellate Brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:

    Original due date: February 6, 2013

    Number of previous extensions granted: 1– 60 days

    Date Requested: June 7, 2013

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: _____

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Justice Rebeca Huddle
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: April 8, 2013